March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Angel Rodriguez,

                Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED**
**BY TELECONFERENCE**

21 Mag 3750 ___(___)(___)

Defendant __Angel Rodriguez_____ hereby voluntarily consents to participate in the following proceeding via telelconferencing:

- [x] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [ ] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

__/s/ Angel Rodriguez_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Angel Rodriguez_____
Print Defendant's Name

__[signature: Louis V. Fasulo]_____
Defense Counsel's Signature

Louis V. Fasulo (on behalf of Angel Rodriguez)
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__4/9/21_____
Date

__[signature: Stewart D. Aaron]_____
U.S. Magistrate Judge